722 A.2d 925

IN THE MATTER OF S. MICHAEL NAMIAS,
AN ATTORNEY AT LAW.

January 27, 1999.

**ORDER**

The Disciplinary Review Board on October 30, 1998, having filed with the Court its decision concluding that **S. MICHAEL NAMI-AS** of **NORTH BRUNSWICK,** who was admitted to the bar of this State in 1972, should be reprimanded for violating *RPC* 1.3 (lack of diligence), *RPC* 1.4(b) (failure to communicate), and *RPC* 5.5(a) (unauthorized practice of law), and good cause appearing;

It is ORDERED that **S. MICHAEL NAMIAS** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.